UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-117 (2) RM |
| ) | |
| JAYSON WING ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 5, 2007 [Doc. No. 30]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jayson Wing's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1344.

SO ORDERED.

ENTERED:   December 27, 2007

                                              /s/ Robert L. Miller, Jr.
                                              Chief Judge
                                              United States District Court